Lynn WILLIAMS, Appellant,

v.

PENNSYLVANIA BOARD OF
PROBATION & PAROLE,
et. al., Appellee.

Supreme Court of Pennsylvania.

June 4, 2004.

### ORDER

PER CURIAM.

AND NOW, this 4th day of June, 2004, probable jurisdiction is noted and the order appealed is affirmed.